Abel Acosta, Clerk                          4-19-15
T.C.C.A.                                       77,039-02
P.O.Box 12308, Capital Station
Austin, Texas
            78711

RE: Kemuel Lindsey

I am writting this response in reference to my Article
11.07. I sent to the District Court on March 6. 2015.
The Trial Court has signed thier answer and have
recommended it as being final on April 6. 2015 by
the Hon. Sandra Watts herself. Ms. Anne Lorentzen
herself is the Notary hereby is the Clerk of the
response ordered entered final from the District Court.
Mr. Lindsey is still being held in Solitary Confinement
awaiting to be tranfered to another facility. In all due
respect by the Applicant and also by the Texas Court
of Criminal Appeals. I would be obliged to be released
if the T.C.C.A. grants the Petitioners Writ Habeas
Corpus; Until further notice...

Respectfully Submitted,

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 22 2015
Abel Acosta, Clerk